# Commercial Lease

This lease is made between _ANNA CUMBO_
of _COUNTRYSIDE_ , herein called Lessor, and
_DUNG NGUYEN_ , of
_Lee NAILS_ , herein called Lessee. Lessee hereby offers to lease from Lessor the
premises situated in the City of _COUNTRYSIDE_ , County of _COOK_
State of _IL_ , described as _26 E. PLAINFIELD RD_
_COUNTRYSIDE IL 60525_

upon the following TERMS and CONDITIONS:

**1. Term and Rent.** Lessor demises the above premises for a term of _5_ years, commencing _APRIL 05 DO NOT PAY_
_1_, 20 _05_, and terminating on _APRIL 1_, 20 _10_, or sooner as provided herein at the annual rental
of _14,400_ Dollars ($ _1200_ ) payable in equal installments in advance on the first day
of each month for that month's rental, during the term of this lease. All rental payments shall be made to Lessor, at the address
specified above. _EVERY YEAR RENT WILL INCREASE $100 MONTH UNTIL 2010_

**2. Use.** Lessee shall use and occupy the premises for _NAILS_ . The premises shall
be used for no other purpose. Lessor represents that the premises may lawfully be used for such purpose. Lessor shall not use
the premises for the purposes of storing, manufacturing or selling any explosives, flammables, or other inherently dangerous
substance, chemical, thing, or device.

**3. Care and Maintenance of Premises.** Lessee acknowledges that the premises are in good order and repair, unless
otherwise indicated herein. Lessee shall, at his own expense and at all times maintain the premises in good and safe condition,
including plate glass, electrical wiring, plumbing and heating installations and any other system or equipment upon the premises
and shall surrender the same, at termination hereof, in as good condition as received, normal wear and tear excepted. Lessee
shall be responsible for all repairs required, excepting the roof, exterior walls, structural foundations, and: _Replacement_
_of A/C AND heating units_

which shall be maintained by Lessor. Lessee shall also maintain in good condition such portions adjacent to the premises, such
as sidewalks, driveways, lawns and shrubbery, which would otherwise be required to be maintained by Lessor.

**4. Alterations.** Lessee shall not, without first obtaining the written consent of Lessor, make any alterations, additions, or
improvements, in, to or about the premises.

**5. Ordinances and Statutes.** Lessee shall comply with all statutes, ordinances and requirements of all municipal, state and
federal authorities now in force, or which may hereafter be in force, pertaining to the premises, occasioned by or affecting the
use thereof by Lessee.

**6. Assignment and Subletting.** Lessee shall not assign this lease or sublet any portion of the premises without prior written
consent of the Lessor, which shall not be unreasonably withheld. Any such assignment or subletting without consent shall be
void and, at the option of the Lessor, may terminate this lease.

**7. Utilities.** All applications and connections for necessary utility services on the demised premises shall be made in the name
of Lessee only, and Lessee shall be solely liable for utility charges as they become due, including those for ~~sewer~~, ~~water~~, gas,
electricity, and telephone services. In the event that any utility or service provided to the premises is not separately metered,
Lessor shall pay the amount due and separately invoice Lessee for Lessee's pro rata share of the charges. Tenant shall pay such
amounts within fifteen (15) days of invoice. Lessee acknowledges that the leased premises are designed to provide standard of-
fice use electrical facilities and standard office lighting. Lessee shall not use any equipment or devices that utilize excessive elec-
trical energy or that may, in Lessor's reasonable opinion, overload the wiring or interfere with electrical services to other tenants.

**8. Entry and Inspection.** Lessee shall permit Lessor or Lessor's agents to enter upon the premises at reasonable times and
upon reasonable notice, for the purpose of inspecting the same, and will permit Lessor at any time within sixty (60) days prior to
the expiration of this lease, to place upon the premises any usual "To Let" or "For Lease" signs, and permit persons desiring to

**＊** _SEWER & WATER PAID by LESSOR_

*All employees SHALL PARK IN STREET Leaving Spaces for THEIR CUSTOMERS.*

lease the same to inspect the premises thereafter.

**9. Parking.** During the term of this lease, Lessee shall have the nonexclusive use in common with Lessor, other tenants of the building, their guests and invitees, of the nonreserved common automobile parking areas, driveways, and foot ways, subject to rules and regulations for the use thereof as prescribed from time to time by Lessor. Lessor reserves the right to designate parking areas within the building or in a reasonable proximity thereto, for Lessee and Lessee's agents and employees. Lessee shall provide Lessor with a list of all license numbers for the cars owned by Lessee, its agents and employees. Separated structured parking, if any, located about the building is reserved for Lessees of the building who rent such parking spaces. Lessee hereby leases from Lessor _____ 0 _____ spaces in such a structural parking area, such spaces to be on a first-come first-served basis. In consideration of the leasing to Lessee of such spaces, Lessee shall pay a monthly rental _____ 0 _____ Dollars ($ _____ 0 _____ ) per space throughout the term of the lease. Such rent shall be due and payable each month without demand at the time herein set for the payment of other monthly rentals, in addition to such other rentals.

**10. Possession.** If Lessor is unable to deliver possession of the premises at the commencement hereof, Lessor shall not be liable for any damage caused thereby, nor shall this lease be void or voidable, but Lessee shall not be liable for any rent until possession is delivered. Lessee may terminate this lease if possession is not delivered within _____ days of the commencement of the term hereof.

**11. Indemnification of Lessor.** To the extenet of the law, Lessor shall not be liable for any damage or injury to Lessee, or any other person, or to any property, occurring on the demised premises or any part thereof. Lessee agrees to indemnify and hold Lessor harmless from any claims for damages which arise in connection with any such occurence. Said indemnification shall include indemnity from any costs or fee which Lessor may incur in defending said claim.

**12. Insurance.** Lessee, at his expense, shall maintain plate glass and public liability insurance including bodily injury and property damage insuring Lessee and Lessor with minimum coverage as follows:

Lessee shall provide Lessor with a Certificate of Insurance showing Lessor as additional insured. The Certificate shall provide for a ten-day written notice to Lessor in the event of cancellation or material change of coverage. To the maximum extent permitted by insurance policies which may be owned by Lessor or Lessee, Lessee and Lessor, for the benefit of each other, waive any and all rights of sub rogation which might otherwise exist.

If the leased premises or any other part of the building is damaged by fire or other casualty resulting from any act of negligence of Lessee or any of Lessee's agents, employees or invitees, rent shall not be diminished or abated while such damages are under repair, and Lessee shall be responsible for the costs of repair not covered by insurance.

**13. Eminent Domain.** If the premises or any part thereof or any estate therein, or any other part of the building materially affecting Lessee's use of the premises, shall be taken by eminent domain, this lease shall terminate on the date when title vests pursuant to such taking. The rent, and any additional rent, shall be apportioned as of the termination date, and any rent paid for any period beyond that date shall be repaid to Lessee. Lessee shall not be entitled to any part of the award for such taking or any payment in lieu thereof, but Lessee may file a claim for any taking of fixtures and improvements owned by Lessee, and for moving expenses.

**14. Destruction of Premises.** In the event of a partial destruction of the premises during the term hereof, from any cause, Lessor shall forthwith repair the same, provided that such repairs can be made within sixty (60) days under existing governmental laws and regulations, but such partial destruction shall not terminate this lease, except that Lessee shall be entitled to a proportionate reduction of rent while such repairs are being made, based upon the extent to which the making of such repairs shall interfere with the business of Lessee on the premises. If such repairs cannot be made within said sixty (60) days, Lessor, at his option, may make the same within a reasonable time, this lease continuing in effect with the rent proportionably abated as aforesaid, and in the event that Lessor shall not elect to make such repairs which cannot be made within sixty (60) days, this lease may be terminated at the option of either party. In the event that the building in which the demised premises may be situated is destroyed to an extent of not less than one-third of the replacement costs thereof, Lessor may elect to terminate this lease whether the demised premises be injured or not. A total destruction of the building in which the premises may be situated shall terminate this lease

**15. Lessor's Remedies on Default.** If Lessee defaults in the payment of rent, or any additional rent, or defaults in the performance of any of the other covenants or conditions hereof, Lessor may give Lessee notice of such default and if Lessee does not cure any such default within _____ 10 _____ days, after the giving of such notice (or if such other default is of such nature that it cannot be completely cured within such period, if Lessee does not commence such curing within such _____ 10 _____ days and not less than _____ 30 _____ days' notice to Lessee. On the date specified in such notice the term of this lease shall terminate, and Lessee shall then quit and surrender the premises to Lessor, without extinguishing Lessee's liability. If this lease

shall have been so terminated by Lessor, Lessor may at any time thereafter resume possession of the premises by any lawful means and remove Lessee or other occupants and their effects. No failure to enforce any term shall be deemed a waiver.

**16. Security Deposit.** Lessee shall deposit with Lessor on the signing of this lease the sum of *twelve Hundred* Dollars ($ *1200* °°) as security for the performance of Lessee's obligations under this lease, including without limitation the surrender of possession of the premises to Lessor as herein provided. If Lessor applies any part of the deposit to cure any default of Lessee, Lessee shall on demand deposit with Lessor the amount so applied so that Lessor shall have the full deposit on hand at all times during the term of this lease.

**17. Tax Increase.** In the event there is any increase during any year of the term of this lease in the City, County or State real estate taxes over and above the amount of such taxes assessed for the tax year during which the term of this lease commences, whether because of increased rate or valuation, Lessee shall pay to Lessor upon presentation of paid tax bills an amount equal to __X__ % of the increase in taxes upon the land and building in which the leased premises are situated. In the event that such taxes are assessed for a tax year extending beyond the term of the lease, the obligation of Lessee shall be proportionate to the portion of the lease term included in such year. *LESSOR WILL PAY TAXES*

**18. Common Area Expenses.** In the event the demised premises are situated in a shopping center or in a commercial building in which there are common areas, Lessee agrees to pay his prorata share of maintenance, taxes, and insurance for the common area.

**19. Attorney's Fees.** In case suit should be brought for recovery of the premises, or for any sum due hereunder, or because of any act which may arise out of the possession of the premises, by either party, the prevailing party shall be entitled to all costs incurred in connection with such action, including a reasonable attorney's fee.

**20. Waiver.** No failure of Lessor to enforce any term hereof shall be deemed to be a waiver.

**21. Notices.** Any notice which either party may or is required to give, shall be given by mailing the same, postage prepaid, to Lessee at the premises, or Lessor at the address specified above, or at such other places as may be designated by the parties from time to time.

**22. Heirs, Assigns, Successors.** This lease is binding upon and inures to the benefit of the heirs, assigns and successors in interest to the parties.

**23. Option to Renew.** Provided that Lessee is not in default in the performance of this lease, Lessee shall have the option to renew the lease for an additional term of __60__ months commencing at the expiration of the initial lease term. All of the terms and conditions of the lease shall apply during the renewal term except that the monthly rent shall be the sum of $ *1700* *plus inc* *increes* __ . The option shall be exercised by written notice given to Lessor not less than __60__ days prior to the expiration of the *prrocyca* initial lease term. If notice is not given in the manner provided herein within the time specified, this option shall expire.

**24. Subordination.** This lease is and shall be subordinated to all existing and future liens and encumbrances against the property.

**25. Radon Gas Disclosure.** As required by law, (Landlord) (Seller) makes the following disclosure: "Radon Gas" is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in _____ . Additional information regarding radon and radon testing may be obtained from your county public health unit.

**26. Entire Agreement.** The foregoing constitutes the entire agreement between the parties and may be modified only by a writing signed by both parties. The following Exhibits, if any, have been made a part of this lease before the parties' execution hereof:

Signed this __17th__ day of __MARCH__ , 20 _05_ .


Lessor: _Anna Cimbo_

Lessee: _Dung nguyen_

Exhibit B

# COUNTRYSIDE POLICE DEPT.

**COMPLAINT**

12174

CASE NO.

**COMPLAINT**

| COUNTY OF COOK | TOWNSHIP OF | ☐ TWP. RD. |

COUNTRYSIDE
MUNICIPAL CORPORATION PLAINTIFF                                    vs.

NAME    LEE NAILS    (First)    (M.I.)    | EYES | ☐ Female |

ADDRESS    24    (Street)    PLAINFIELD    (Apt)    | ☐ Male |

CITY STATE ZIP    COUNTRYSIDE IL 60525    | HEIGHT | WEIGHT |

DR. LIC.    ☐    EXP. DATE    | DOB |
                        STATE CDL

The Undersigned states that on 10 / 01 / 08 at 7:30 ☐A.M. ☐P.M. Defendant did unlawfully operate:

| REGISTR. NO. | | STATE | | YEAR | |
| MAKE | | YEAR | COLOR | |

| 0.☐ PEDESTRIAN | 1.☐ PASSENGER CAR | 2.☐ REC. VEHCL. OR TRUCK | 3.☐ BUS | 4.☐ TRUCK TRACTOR | 5.☐ TRAIL OR SEMI-TRAIL | 6.☐ MOTORCYCLE OR BICYCLE | 7.☐ OTHER | 8.☐ COM. MOTOR VEHICLE | 9.☐ PLACARDED HAZ. MAT. |

Upon a Public Highway, or other Location, Specifically    24 PLAINFIELD RD

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense

| I.V.C. 625 ILCS 5/ : | LOCAL ORDINANCE : |
| ☐ 11-1204 (b) DISOBEYED STOP SIGN | ☐ 4-2-10 (a) POSSESSION OF DRUG PARAPHERNALIA |
| ☐ 12-503 (a) OBSTRUCTED WINDOWS TINTED | ☐ 5-3-2 ABANDONED/INOPERABLE VEHICLE |
| ☐ 12-211 IMPROPER LIGHTING ONE HEAD LAMP | ☐ 5-11-601B SPEEDING |
| ☐ 3-413 EXPIRED REGISTRATION | ☐ 5-12-603.1 FAILURE TO WEAR SEATBELT |

SECTION

NATURE OF OFFENSE    THEFT OF UTILITIES (WATER)

☐ WARNING CITATION   NO APPEARANCE REQUIRED

☐ The fine for this violation is $30.00 which may be paid by cash, certified or cashier's check or money order, mailed or delivered to the COUNTRYSIDE POLICE DEPARTMENT located at 5550 EAST AVE, COUNTRYSIDE IL, 60525, on or before _____. Should you fail to pay the fine on or before that date, you MUST appear at an adjudicatory hearing which is described in the following paragraph.

☐ NOTICE TO APPEAR in the **COUNTRYSIDE CITY HALL, 5550 EAST AVE., COUNTRYSIDE, ILLINOIS 60525**, at which you must appear. At the adjudicatory hearing, you may contest the violation on its merits. At that time, you may be represented by an attorney, present witnesses, cross examine witnesses and produce relevant documents. If you fail to appear at the adjudicatory hearing, judgement may be entered against you for a fine of not more than $500.00 per day so long as the violation exists, sanctions, or both. An adjudicatory hearing will be held pursuant to City of Countryside Code Chapter 12, Title 1.

on    11-20-08    at    2PM

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 1961, the undersigned certifies that the statements set forth in this instrument are true and correct.

10 / 01 / 08                                            57
MONTH    DAY    YEAR    OFFICER'S SIGNATURE    I.D. NO.
        WHITE = COMPLAINT    GOLD = POLICE RECORD    MANILA = CITATION

FAILING TO PAY FINES OR ATTEND ADJUDICATION WILL RESULT IN COLLECTION ENFORCEMENT ACTION

Vertical labels: COMPLAINT / DEFENDANT / VEHICLE / VIOLATION / COURT PLACE/DATE

Handwritten margin notes: 8-4-09 2:00  Countryside  5500 East Ave

Exhibit C

Countryside Police Department

5550 East Avenue
(708) 352-2171

Report Date 3/19/2009

Countryside Police Department

                          Petitioner,

v.

Lee Nails

26 E Plainfield RD

Countryside, IL 60525

                          Respondent.

CASE NUMBER:    CC12174

### FINDING, DECISION AND ORDER

THIS MATTER coming to be heard before me as the Administrative Hearing Officer for the above-captioned municipality, notice having been given and the Administrative Hearing Officer having been advised in the premises, IT IS HEREBY ORDERED THAT:

As to the violation alleged in the pleadings, the Administrative Hearing Officer finds and rules as follows:

**Offense Location:**

**Charge:**               38-16-1 (THEFT FROM BUILDING)

**Finding Decision:**     CASE DISMISSED

**Fine Assessed:**        $0.00

**Costs Assessed:**       $0.00

**Full Compliance By:**

**Judgement Total:**      $0.00

**Payment Total:**        $0.00

IT IS FURTHER ORDERED THAT:                    ENTERED:    03/19/2009

REVERSE FINES



ENTERED
MAR 19 2009
Ronald James Belmonte

This is a FINAL DETERMINATION OF LIABILITY. If you desire to protest this decision, you must file a Lawsuit seeking Administrative Review by the Circuit Court within thirty five (35) days of service of this notice.

_____

Belmonte, Ronald James

# Countryside Police Department

## (708) 352-2171   5550 East Avenue   Countryside, IL 60525

| STATION COMPLAINT UCR | | DESCRIPTION | | INCIDENT # |
|---|---|---|---|---|
| 9093 (Station Information) | | Station Information - Lee Nails | | 10-01-0117 |
| REPORT TYPE | RELATED CAD # | | DOT # | HOW RECEIVED |
| Incident Only | C10-000139 | | | Telephone |
| WHEN REPORTED | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| 01/07/2010 20:39 | 26 W. Plainfield RD  Countryside, IL 60525 | | | |
| TIME OF OCCURRENCE | | STATUS CODE | | STATUS DATE |
| 01/07/2010 20:39 | | | | |

_Incident #: 10-01-0117_

## ASSISTING OFFICERS

| OFFICERS | STAR # |
|---|---|
| Vesconte, Michael | S13 |
| Kalker, Kelly | 56 |

## INVOLVED ENTITIES

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| Nguyen, Dung A | | 08/08/1972 | 37 | 5433 8th AVE  Countryside, IL 60525 | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| M | Asian | | | | | (708) 890-4811 | |
| UCR | | | | TYPE | | RELATED EVENT # | |
| 9093 (Station Information) - 0 count(s) | | | | Complainant | | | |

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| Beccara, Angela | | 05/27/1975 | 34 | 5712 Catherine  Countryside, IL 60525 | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| F | White, Caucasian | | | | | 708/352-5188 | |
| UCR | | | | TYPE | | RELATED EVENT # | |
| 9093 (Station Information) - 0 count(s) | | | | Involved Party | | | |

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| Little Joes Beef | | | 0 | 20 E Plainfield RD  Countryside, IL 60525 | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| | | | | | | (708) 352-9696 | |
| UCR | | | | TYPE | | RELATED EVENT # | |
| 9093 (Station Information) - 0 count(s) | | | | Involved Party | | | |

| NAME | | DOB | AGE | ADDRESS | | | |
|---|---|---|---|---|---|---|---|
| Lee Nails | | | | 5402 LaGrange RD  Countryside, IL 60525 | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE | |
| | | | | | | 708-482-9868 | |
| UCR | | | | TYPE | | RELATED EVENT # | |
| 9093 (Station Information) - 0 count(s) | | | | Involved Party | | | |

_Countryside Police Department_

## NARRATIVES

**PRIMARY NARRATIVE**

On 01/07/09 at 2051hrs R/O was dispatched to 26 W. Plainfield Road to meet with the complainant reference locks being changed. Upon arrival R/O was met by complainant Dung A. Nguyen.

Nguyen related to R/O in summary that his landlord had changed the locks to the vacant store that he rents at the above location. Nguyen advised that he tried his key but it did not work. Nyugen demonstrated for R/O that his key fully entered the keyhole of the lock and rotated but it did not unlock the door. R/O was unable to unlock the door either. After some difficulty Nyugen was able to remove the key from the lock. Nyugen further related to R/O that he pays rent and is supposed to be able to make entry to the business at any time so he can remove any belongings.

R/O proceeded to Little Joe's Beef 20 E. Plainfield where R/O made contact with landlord Angela Becarra. R/O related the

facts as Nguyen stated to Beccara. Beccara related to R/O that the lock on the front door is broken and that entry can still be made through the back door of the business. Beccara inquired to the nature of Nyugen's business with the building and R/O advised that he made statements about removing property. Beccara stated to R/O that Nyugen had no property in the business other than cameras and Beccara stated that per her attorney Nyugen can not remove the cameras. R/O advised Beccara that he would advise Nyugen of her statement but not physically or verbally interfere with the removal of the cameras.

R/O advised Nyugen of the statements that Beccara made and Nyugen proceeded to make entry into the business through the rear door of the business without any difficulty. Nyugen entered the building while R/O waited in the doorway. Upon exiting the building Nyugen related to R/O that there were ceiling tiles and a fan in the building that were not his. He also requested that I document Beccara's statement that he is not allowed to remove the cameras. Nyugen was again advised by R/O that this was Beccara's statement and R/O would not interfere with the removal of the camera. R/O overheard statements made about the removal of a camera and directly asked Nyugen if one was missing. Nyugen did not make any statements advising R/O he wanted to pursue the matter or document any missing cameras from the business.

Matter of Record.

| REPORTING OFFICER | STAR # | REVIEWER | STAR # |
|---|---|---|---|
| Klimek, Paul | 58 | | |

# Countryside Police Department

### (708) 352-2171    5550 East Avenue    Countryside, IL 60525

| STATION COMPLAINT UCR | | | DESCRIPTION | | INCIDENT # |
|---|---|---|---|---|---|
| 9059 (Other Public Complaints) | | | Tenant Dispute | | 09-03-0131 |
| REPORT TYPE | | RELATED CAD # | | DOT # | HOW RECEIVED |
| Case Report | | C09-001581 | | | Walk In |
| WHEN REPORTED | | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| 03/09/2009 17:45 | | 26 E Plainfield RD  Countryside, IL 60525 | | | |
| TIME OF OCCURRENCE | | | STATUS CODE | | STATUS DATE |
| 03/09/2009 17:46 | | | | | |

## INVOLVED ENTITIES

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Nguyen, Dung A | | 08/08/1972 | 36 | 5433 8th AVE  Countryside, IL 60525 | | |
| SEX | RACE | | HGT | WGT | HAIR | EYES | PHONE |
| M | Asian | | | | | | 354-4320 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9059 (Other Public Complaints) - 0 count(s) | | | | Involved Party | | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Nguyen, Linh T | | 08/16/1975 | 33 | 5433 8th AVE  Countryside, IL 60525 | | |
| SEX | RACE | | HGT | WGT | HAIR | EYES | PHONE |
| F | Asian | | 5' 2" | 103 | | | 708-354-4320 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9059 (Other Public Complaints) - 0 count(s) | | | | Complainant | | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Lee Nails | | | | 26 E Plainfield RD  Countryside, IL 60525 | | |
| SEX | RACE | | HGT | WGT | HAIR | EYES | PHONE |
| | | | | | | | 708-482-9868 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9059 (Other Public Complaints) - 0 count(s) | | | | Involved Party | | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Beccara, Angela | | 05/27/1975 | 33 | 5712 Catherine  Countryside, IL 60525 | | |
| SEX | RACE | | HGT | WGT | HAIR | EYES | PHONE |
| F | White, Caucasian | | | | | | 708/352-5188 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9059 (Other Public Complaints) - 0 count(s) | | | | Involved Party | | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Beccara, Sam I | | 01/25/1972 | 37 | 5712 S Catherine AVE  Countryside, IL 60525 | | |
| SEX | RACE | | HGT | WGT | HAIR | EYES | PHONE |
| M | White, Caucasian | | 6' 3" | 218 | Blonde | Blue | 352-0846 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9059 (Other Public Complaints) - 0 count(s) | | | | Involved Party | | |

## NARRATIVES

**PRIMARY NARRATIVE**

At appx. 17:45 hours on 3-09-09, Linh Nguyen came to the police dept. to file a matter of record.  Linh states that at appx. 12:45 hours on 3-09-09 she was at work at Lee Nails when she opened up the back door of Lee Nails and saw Sam Beccara from neighboring business Little Joes (owners of the building which houses both businesses)and an unknown M/W. Sam then pointed directly at Linh and said to her "Get back to your room".  At this point Linh, who was still inside Lee Nails and had only stuck her head out the back door,went back into Lee Nails and shut the door.

Appx. 15 minutes later Linhs brother Dung was in his car pulling into the rear parking lot of the business. According to Linh, Sam Beccara was in the rear lot with the same unk M/W from the previous incident, as Dung was getting out of his car Sam told the unk M/W to go talk to Danny (Dung).  Linh again stuck her head out the back door as Dung was going into Lee Nails.  According to Linh, at that point Sam told the unk M/W to "Go get her" referring to Linh.  Linh went back into Lee Nails closing the door behind her.

According to Linh, a short time later a regular customer of Lee Nails by the name of Vanessa was in the parking lot in front of Lee Nails when Angela Beccara (Sams wife) took a picture of Vanessa.

| REPORTING OFFICER | STAR # | REVIEWER | STAR # |
|---|---|---|---|
| Mikel, John R | S14 | | |

# Countryside Police Department

## (708) 352-2171   5550 East Avenue   Countryside, IL 60525

| STATION COMPLAINT UCR | | DESCRIPTION | | INCIDENT # |
|---|---|---|---|---|
| 9023 (Business Check - Open Door) | | Business Check - Open Door | | 09-03-0498 |
| REPORT TYPE | RELATED CAD # | | DOT # | HOW RECEIVED |
| Incident Only | C09-002060 | | | Telephone |
| WHEN REPORTED | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| 03/30/2009 21:37 | 26 E Plainfield RD  Countryside, IL 60525 | | | |
| TIME OF OCCURRENCE | | STATUS CODE | | STATUS DATE |
| 03/30/2009 21:37 | | | | |

### ASSISTING OFFICERS

| OFFICERS | STAR # |
|---|---|
| Andree, John M | 31 |
| Bisignani, April | 57 |

### INVOLVED ENTITIES

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Nguyen, Linh T | | 08/16/1975 | 33 | 5433 8th AVE  Countryside, IL 60525 | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE |
| F | Asian | 5' 2" | 103 | | | 708-354-4320 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9023 (Business Check - Open Door) - 0 count(s) | | | | Involved Party | | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Lee Nails | | | | 26 E Plainfield RD  Countryside, IL 60525 | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE |
| | | | | | | 708-482-9868 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9023 (Business Check - Open Door) - 0 count(s) | | | | Involved Party | | |

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Beccera, Angela | | | | 20 E Plainfield RD Countryside, IL 60525 | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE |
| F | White, Caucasian | | | | | |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9023 (Business Check - Open Door) - 0 count(s) | | | | Complainant | | |

### NARRATIVES

**PRIMARY NARRATIVE**

Complainant called that she observed the back door ajar. Beccera wanted officers to check the premise. Officers found back door opened about 4 inches. The door had a chain on it from the inside. Officers were able to secure back door. DO Hamernik left a message for the keyholder, Nguyen about the door.   Officers were unable to enter premise, front door was secure.

On 3/31 at 1715 hrs I responded to Lee Nails to speak to owner about open door on 03/30. Linh Nguyen feels that this was not an open door but an attempted break-in to the business. Nguyen also stated that all four employees remembered locking the back door before leaving last night. There was no damage to the lock, so Nguyen feels it was someone who has a key.  I advised her to get an alarm or camera system for the business in the future to try and prevent this from happening again.

| REPORTING OFFICER | STAR # | REVIEWER | STAR # |
|---|---|---|---|
| Millsap, Ernest E | 43 | | |

# Countryside Police Department - Incident Report

### (708) 352-2171    5550 East Avenue    Countryside, IL 60525

| STATION COMPLAINT UCR | | DESCRIPTION | | INCIDENT # / DOT # |
|---|---|---|---|---|
| 1310 (Criminal Damage To Property) | | | | 06-09-0230 |
| WHEN REPORTED | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | HOW RECEIVED |
| 09/12/2006 10:15 | 26 E Plainfield RD  Countryside, IL 60525 | | | Telephone |
| TIME OF OCCURANCE | | STATUS CODE | | STATUS DATE |
| 09/12/2006 10:15 | | | | |

#### INVOLVED ENTITIES

| NAME | | DOB | ADDRESS | | | |
|---|---|---|---|---|---|---|
| Lee Nails | | | 26 E Plainfield RD  Countryside, IL 60525 | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES | PHONE |
| | | | | | | 708-482-9868 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 1310 (Criminal Damage To Property) - 0 count(s) | | | | Victim | | |

#### NARRATIVES

PRIMARY NARRATIVE

On 09/12/06 at 1015hrs, I was dispatched to Lee Nails at 26 E. Plainfield Road to take a criminal damage to property/vandalism report. Upon arrival, I was met by owner Dung Anh Nguyen. Mr. Nyugen stated in summary that sometime after closing yesterday, Sept. 11, and opening today unknown subject(s) put glue inside the keyholes on the locks of the front and back doors to his business. Mr. Nyugen related to me that there have been several suspiscous incidents that have occurred at his business recently and that he suspects it may be his landlord. This report is matter of record only.

| REPORTING OFFICER | STAR # | REVIEWER | STAR # |
|---|---|---|---|
| Klimek, Paul | 58 | | |

COPY

Tổ này nó bỏ lu vào ổ khóa.

# Countryside Police Department - Incident Report

### (708) 352-2171   5550 East Avenue   Countryside, IL 60525

| STATION COMPLAINT UCR | DESCRIPTION | INCIDENT # / DOT # |
|---|---|---|
| 0610 (Burglary) | Burglary | 08-05-0334 |
| WHEN REPORTED | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | HOW RECEIVED |
| 05/21/2008 10:04 | 26 E Plainfield RD # Countryside, IL 60525 | Telephone |
| TIME OF OCCURRENCE | STATUS CODE | STATUS DATE |
| 05/21/2008 10:04 | | |

*Incident#: 08-05-0334*

## ASSISTING OFFICERS

| OFFICERS | STAR # |
|---|---|
| Rodey, Karl J | 25 |
| McDonald, Nathan A | 55 |

## INVOLVED ENTITIES

| NAME | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|
| Lee Nails | | | 26 E Plainfield RD  Countryside, IL 60525 | | |
| SEX | RACE | HGT | WGT | HAIR | EYES |
| | | | | | |
| | | | | | PHONE: 708-482-9868 |
| UCR | | | TYPE | | RELATED EVENT # |
| 0610 (Burglary) - 0 count(s) | | | Victim | | |

| NAME | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|
| Wilsey, Sandra Z | 08/18/1938 | 69 | | | |
| SEX | RACE | HGT | WGT | HAIR | EYES |
| F | White, Caucasian | | | | |
| | | | | | PHONE: (708) 246-8388 |
| UCR | | | TYPE | | RELATED EVENT # |
| 0610 (Burglary) - 0 count(s) | | | Involved Party | | |

| NAME | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|
| Nguyen, Linh T | 08/16/1975 | 32 | 5433 8th AVE  Countryside, IL 60525 | | |
| SEX | RACE | HGT | WGT | HAIR | EYES |
| F | Asian | 5' 2" | 103 | | |
| | | | | | PHONE: 708-354-4320 |
| UCR | | | TYPE | | RELATED EVENT # |
| 0610 (Burglary) - 0 count(s) | | | Owner | | |

| NAME | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|
| Nguyen, Dung A | 08/06/1972 | 35 | 5433 8th AVE  Countryside, IL 60525 | | |
| SEX | RACE | HGT | WGT | HAIR | EYES |
| M | White, Caucasian | | | | |
| | | | | | PHONE: 354-4320 |
| UCR | | | TYPE | | RELATED EVENT # |
| 0610 (Burglary) - 0 count(s) | | | Owner | | |

## NARRATIVES

#### PRIMARY NARRATIVE

On 05/21/08 at approximately 1004 hours Ofc. Rodey and I were dispatched to Lee Nails, 26 E. Plainfield, for a burglary. Upon arrival I met with Lee Nails owners, Linh Nguyen and Dung Nguyen. Linh stated that sometime between approximately 2040 hours on 05/20/08 and approximately 1000 hours on 05/21/08 unknown person(s) forced entry to the North front glass door and took approximately $1000.00 USC. Linh stated that she keeps the USC in (3) places. Linh stated that she hides USC in the front large desk in the upper West drawer. Linh stated that she also hides USC in the smaller desk in the North upper drawer and lower cabinet. Linh stated that the USC was re-covered from the front large desk. Linh stated that approximately $1000.00 USC was missing from the smaller desk. Linh stated that a customer, Sandra Z. Wilsey, arrived first at the store.

I spoke with Wilsey who stated that she arrived at Lee Nails at approximately 0955 hours and noticed the damage to the front glass door and stood-by until Linh arrived.

Linh stated that nothing else in the salon appeared disturbed other than the (2) desks.

Inside the nail salon I observed several customers getting their nails done. I observed miscellaneous papers scattered behind

*Page 1 of 2*

*Countryside Police Department - Incident Report*

the (2) desks described above.

Pictures taken by Ofc. Rodey and attached.

Inv. Floyd processed the scene.


T.O.T. Investigations

| REPORTING OFFICER | STAR # | REVIEWER | STAR # |
|---|---|---|---|
| Alonzo, Agostino P | 60 | | |

# Countryside Police Department

(708) 352-2171    5550 East Avenue    Countryside, IL 60525

| STATION COMPLAINT UCR | | DESCRIPTION | | INCIDENT # |
|---|---|---|---|---|
| 9059 (Other Public Complaints) | | tenant dispute | | 09-03-0122 |
| REPORT TYPE | RELATED CAD # | | DOT # | HOW RECEIVED |
| Incident Only | C09-001572 | | | Telephone |
| WHEN REPORTED | LOCATION OF OFFENSE (HOUSE NO., STREET NAME) | | | |
| 03/09/2009 13:58 | 20 Plainfield  Countryside, IL 60525 | | | |
| TIME OF OCCURRENCE | | STATUS CODE | | STATUS DATE |
| 03/09/2009 13:58 | | | | |

### INVOLVED ENTITIES

| NAME | | DOB | AGE | ADDRESS | | |
|---|---|---|---|---|---|---|
| Lee Nails | | | | 26 E Plainfield RD  Countryside, IL 60525 | | |
| SEX | RACE | | HGT | WGT | HAIR | EYES | PHONE |
| | | | | | | | 708-482-9868 |
| UCR | | | | TYPE | | RELATED EVENT # |
| 9059 (Other Public Complaints) - 0 count(s) | | | | Involved Party | | |

### NARRATIVES

**PRIMARY NARRATIVE**

On 03/09/09 around 1330 hours a plumbing test was being done by the building owners of 20 E Plainfield, Gina Cumbo and Angela Beccara, which required the tenants to avoid running water for 15 to 20 minutes. Angela Beccara was taking pictures of the work being done. Lee Nails, a tenant in the building, disregarded the request and continued to run water. A customer from Lee nails left the store and watched the workers. Complainant is having ongoing problems with the tenant and wanted to file a report to document the reason for contact and the request to stop running water for a brief period of time. Beccara also stated that a F/B had walked out of Lee Nails and took a picture of Beccara's vehicle (white H3) while it was parked at Johns Autobody. Beccara was concerned about her registration being run. Her vehicle had been keyed in the past and she did not want anything happening to her residence. Report is matter of record at this time.

Owner of Lee Nails called and stated Angela Beccara entered her business and harassed her customers with racial slurs and took pictures of them. The owner could not tell me the reason for the contact or any specifics of what was said. R/O viewed Beccara's camera and there were no pictures of Lee Nail customers.

On 03/10/09 at 1130 hours I went to 20 E Plainfield to follow up on the above complaints. As I parked in the rear of the building Angela Baccara exited the rear of the building. She stated that nothing further had happened. I ran Beccara's registration through LEADS which did not show any signs of a previous inquiry. The back door to Lee Nails opened a few inches as I was talking with Beccara. Beccara went back into Little Joe's. I approached the rear door of Lee Nails to speak with the owner/employees. When I was 3 feet from the door it snapped shut. I knocked on the door stating "Police". There was no response. I knocked again more loudly. There was no response. I walked around the building and saw three people inside the business. Owner Linh opened the door. I asked who had just been at the back door. Linh said no one. I stated I was there to follow up on the information I took on 03/09/09. I confirmed that she complained of Beccara coming to the store, harassing customers, and taking pictures. Lihn acknowledged that complaint. I asked if there were security cameras in the store. Lihn stated there were cameras for the stores use. I told her I would need copies to confirm the harassment. Lihn then said the harassment took place outside. I asked if she saw Beccara taking pictures of customers with a camera. Lihn said she did. I asked her to describe the camera. She could not. I informed her that I had inspected the camera which Beccara had and there were no pictures of Lee Nails customers.

Lihn asked why an officer did not come when she asked for one to take her complaint. I said I took the information on the phone. There was no request made to me for an officer in person after all the information was given. I was following up on the situation today. The person I spoke with on the phone was receiving information in the back ground from a woman with an asian accent. I asked who that person was. Lihn said she didn't know. I asked if it was Lihn. Lihn said it wasn't her. I asked why Lihn said she called when it wasn't her. She said it wasn't her it was a customer. I asked for the customers

October 13, 2008

Mayor Robert A. Conrad
City of Countryside
5550 East Avenue
Countryside, Il 60525

Dear Mayor Conrad,

I am writing to you because I'm a very concerned citizen of Countryside.  I am a long time patron of Lee Nails (26 E. Plainfield Road) in Countryside and am distraught to hear reports of physical abuse and verbal intimidation that the proprietors (the Nguyen family) of Lee Nails were subjected to by the Countryside Police Department on September 15, 2008 over a Bic Lighter.

I do understand and appreciate that there was a quick response to a 911 call thinking that someone had a gun, however I do not understand why after it was discovered that the alleged gun was just a Bic Lighter that the incident did not end there. Why would the police officers need to handcuff Linh Thuy Thi Nguyen, who probably weights 90 lbs and would be no threat to anyone, and that wasn't enough they later had to push her down.  I saw pictures of the bruises and am appalled.  However didn't even end there they had to go inside the store and arrest Mydung and Dung Nguyen who weren't even at the scene and than days later on Sept 18ᵗʰ their house was photographed, which has nothing to do with their business.  I am curious why they received a ticket for using too much water after all the years of being there right after this incident, looks like discrimination and harassment to me.

I've known the proprietors for years, they are hard working citizens who have never done anything to hurt any one else. If they can go thru all this injustice, it makes me realize this can happen to anyone of us.  I would like to feel safe calling our police but now I feel threatened by them.  Lee Nails has a large cliental and in I think we all feel threatened by this incident. I have heard officials in other towns say that Countryside police are corrupt.  I never thought much about it till now, and I'm sure that's not the reputation you want spreading about our police dept.


We all hope that you will look into this matter and let us again feel that Countryside is a great place to live and work


Betty J Maier
Countryside resident

October 1, 2008

Mayor Robert A. Conrad
City of Countryside
5550 East Ave.
Countryside, IL  60525


Dear Mayor Conrad,

I have been a resident of Countryside for 29yrs.  I can honestly say for the first time I am angry and quite frankly, embarrassed to live here.  I have always been proud to say I live in Countryside but after hearing and seeing how the Countryside Police bullied and terrorized Lee Nails, I am appalled.  These same police that are here to serve and protect should be ashamed of themselves.  An incident which happened September 15th after a call by Little Joe's about a "gun" at Lee Nails which happened to be a Bic Lighter resulted in this family being terrorized.  Come on, these people hardly weigh 100lbs. There were pushed, handcuffed and verbally assaulted over a lighter that was in sight.  After two weeks, there are still bruises on there bodies.  I have been a customer, as my daughters, along with friends and neighbors for many years. This family is nothing but hard working and fun loving to all of us.  How could Officer Muszynski and Officer Stern feel so threatened by this family that they were knocked down and swore at like they were animals.  Do not we have enough empty store fronts here in Countryside, that they feel the need to create more. This family is now scared to death and rightly so. They have a landlord which because she isn't given a free $60 dollar nail job every two weeks, which she requested after they moved there, is giving them a hard time, and obviously the police were one sided in this matter.  She owns a strip mall, I think she could afford to pay like everyone else.  I personally feel this is political and I hate to think the police are not treating everyone fair and equal. I hope I am so wrong and free hot dogs or political contributions didn't cause this unjust treatment of Linh, Mydung and Dung.  Please don't let it be that our Countryside Police are doing somebody else's dirty deeds and encouraging their unexusable behavior.

I urge you to check into this matter. This is wrong and unjust. This family has done nothing wrong and did not deserve this kind of treatment from our police.  I need to know that I am safe in my city as well as my family, but this really scares me.  Do I get bashed next because I am writing this letter to you?  Do my children get harrassed because their mother wrote this letter?  I feel the chaotic scene, handcuffs, bruises, swearing and just plain uncalled behavior from our police needs to be brought to light  And since there was never a so called gun, why would there even be a search of their house?  It was a lighter, a bic lighter that was there. Wasn't there enough damage done to this family? Was there not enough laughing going on amongst the real criminals?  I am deeply troubled by this along with many other people, who are looking for answers to these arrests.  If it could happen to them, it could happen to us.

Also, I will never step foot in Little Joe's again and will urge my friends and neighbors to do the same.  I will not contribute to a business which feels they are above someone else and would allow this to happen because they are at some kind of petty war with their tenant.  They need to grow up and concern themselves with the real problems we have in our city and community, not some Asian-American family trying to make a living like everyone else.  People who are in a postion to help people, as Little Joe's are, should be doing so and not causing problems.  They are greedy and selfish in my opinion and the police should not be contributing to their behavior.

I urge you to please look into this and make things right.  Thank you.

Delphine Schneider
Countryside Resident

CC:  Chief of Police Swanson

October 27, 2008

Chief Swanson, City of Countryside

RE: Lee Nail Police Brutality

I appreciate your letter responding to my concern, but I would like to respond & clarify something. While you understand and respect my loyalty to a business owner I am acquainted with, this is not about loyalty. This is about truth. There are Countryside officers that I also am acquainted with and would stand beside them and declare my loyalty as well because of their character and service to our community. The two officers involved with this I do not know.

I am convinced by what I have seen that this case was not handled properly. The bruises I have seen and the treatment received while in custody speak the truth. Having to urinate in a cell in front of a camera while handcuffed and having to beg for a phone call to notify the babysitter with whom a child was left with is unexusable. If this is inaccurate, I am sorry.

As you say, there are two sides to every story and both parties will have an opportunity to present their case. I must say that ignorance can be excused, but when you condone such behavior, it is troubling. I pray to God that myself or any family member should have to be in your custody and receive such treatment, especially for something of that nature. A bogus 911 call about a gun that did not exist and then the chaotic scene caused by fear and confusion.

Also you point out that no police officer ever went to the home of Lee Nails. I am under the assumption somebody was home and there are neighbors that witnessed this. Interesting !

I respectfully ask that you continue to monitor any future dealings between Little Joes and Lee Nails. I personally have seen the numerous citations issued in the past. One citation said that if Lee Nails did not resolve their issue with Little Joes, then they would be arrested. In response Lee Nails submitted a letter of proof that cleared them of any wrong doing. Your dept. responded with a letter stating this was not a police matter. Why was it a police matter when Little Joes complained? Also just recently they were issued a citation for water theft. They do not pay for their water, it is payed by their landlord. How does a citation like that get issued? I had worked in a hot dog stand for six years as a teenager. I assure you more water is used by Little Joes than by Lee Nails. There is nothing in their lease stating what amount of water can be used. Crazy !

There is an opening between 56th and 57th streets right behide American Mattress through the apartment building fence where you can get thru. That area is loitered with so much trash I am surprised there are not rats running around. Also nearly every morning I find fast food garbage on my front lawn along with beer bottles, etc. When I walk my dog I am saddened by all the litter throughout the neighborhood. Not only La Grange Rd but everywhere. It was not always like this. Maybe if Little Joes was not using our officers for there own legal team, more time could be spent patroling our streets. I am sorry if I sound angry, but I would like to live and be proud of this fine city once again. Putting up 500,000 homes does not take this problem away.

Sincerely,

Delphine Schneider
CC: Mayor Conrad

September 12, 2009

Office of the Illinois Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601

Attn: Lisa Madigan, Attorney General

Re: Case #: My Dung Nguyen 085007902 & Linh Nguyen – 08-0070201

To Whom It May Concern:

I am writing to you Lisa Madigan, as I feel saddened by what I have seen with the Nguyen Family that resides in Countryside, Illinois and owns the Lee Nail Salon on 26 E. Plainfield Road. I have voted for you and believe that you will help all of us "average" citizens. I have lived in Illinois for almost 51 years and I have always believed that politics and corruption do not exist in Chicago as much as is always said by everyone and even though that is what it is known for. My family members do consist of police officers and military officers and we, as a family, have tried to stop this statement about Chicago many times, but in Countryside, it still persists. As an Illinois resident I'm tired of it.

I have now seen it first hand. Even though I do not live in Countryside, I have witnessed many times at Lee Nails the landlord Mr. Bercara who owns Little Joe's Hot Dogs harass the owners of Lee Nails. Although I am just a client that visited Lee Nails, I would see him and his wife and family, walk by and say things through the door stare through the windows at them, and basically harass them. Even though it is a shared meter for the whole strip mall regarding utilities, Mr. Bercara sent a Police Officer over with a ticket regarding the Nguyen's using too much water in their Salon. Now 2 other tenants are in that strip mall and neither of them got a ticket or was visited by the Police sent by Mr. Bercara. How come the City just didn't mail them a ticket? Because Mr. Bercara own's the police in Countryside. The owner of the Hair Salon next door basically moved because she too was harassed. We as clients have seen many times, Mr. Bercara and police officers talking behind the strip mall showing favoritism to Mr. Bercara as he gives them free food.

Lee Nails Salon is in the middle of four stores in a small strip mall. On one end is Little Joe's on the other is an Antique Shop. It is very small. Every *night* Linh Nguyen prays in front of her shop and lights incense. Very quietly she does this – no one is bothered by this, this is her right in America. This woman weighs about 80 lbs.

Mr. Bercara comes down and harasses Linh and calls the police to say that she is "waving a gun". She is arrested, but first she is thrown on the ground (which is witnessed and the witness never got to talk in court), she is handcuffed at the station

and urinates on herself (aren't there any woman police to help her after she repeatedly told them she had to go to the bathroom?), they cursed her for this and in front of the shop (in front of the shop it was witnessed). Linh Nguyen has called the Countryside Police before and they never showed up until the next day, which is documented. This family came here with their father who helped American's in their own country. He believed in justice and I am ashamed to say that they did not get it. At their trial, after many months of not sleeping, eating, trying to ignore Mr. Becara's harassment they believed they would get a fair and just jury trial. When they got their they were forced to have a bench trial, which the judge did not even let them speak or show any evidence of past events leading up to this. He let the officers speak, who by the witnesses in court exaggerated their stories because we as citizens believe Mr. Becara to have paid off the Mayor, the Police Officers of Countryside Police. Now I don't live in Countryside, I live in Brookfield. When I told this story to one of my family members who is in law enforcement, he told me to "watch my step" and that everyone knows "Little Joe's Owner is connected and pays off everyone". Mr. Becara is well known for this and to a lot of people all around the suburbs.

Now this story may be small. It's about a really good family who have become American Citizens the hard way and believed in all that we stand for in America. But corruption in Countryside is out of control. These same Police Officers were seen at the store laughing it up with Mr. Becerra and pointing to the Nguyen Family right after their court date. This is abominable. I am ashamed. It is disheartening that this man because he has money can get away with this. This is what America has become and I'm sickened by it.

I urge you to please look into corruption between Little Joe's and the City of Countryside. I urge you to look at the evidence which their lawyer had and didn't give the Judge due to Mr. Becara paying them off. I am usually always on the side of Police Officers – but for the first time in my life – I am not. The Judge said in court "he couldn't believe someone would take this lighter that has a trigger, it's long, and has a handle outside to pray at a strip mall". Unbelievable. What does he think people use to light grills outside with.

This whole court proceeding was a joke and it's a joke on us as citizens to let arrogant, corrupt, bought public servants get away with this. One rotten apple may not spoil the whole barrel, but in Countryside they have a whole bushel of rotten apples and I sick of it. The Chicago Tribune wrote an article the next day on this and said basically that the family was back by well manicured middle aged woman. They made joke of this family's nightmare for the past 6 months. I am sickened by all of this. Please take a look at this, our integrity and justice and belief in all the values we have been brought up with depend on it and thank you.

Sincerely,
Janice Savino, 3412 Vernon Avenue, Brookfield, IL 60513

September 13, 2009

TO: OFFICE OF THE ATTORNEY GENERAL – LISA MADIGAN
Chicago Main Office
100 West Randolph Street
Chicago IL 60601

RE: Case No. 085007902  and 08-00790201
My Dung Nguyen and Linh Nguyen

To Whom It May Concern:

I have been a customer of Lee Nails in Countryside for 15 years. To get straight to the point, there was an incident last year outside of Lee Nails regarding a lighter that resembles a gun . I feel that the Countryside Police treated My Nguyen and her family unfairly. There is a 911 call stating that it was a lighter that looks like a gun, yet My Nguyen has now spent over a year in court and paid astronomical amounts of attorneys fees and ultimately ended up convicted of assault and battery and resisting arrest.

I have known My Nguyen and her brother and sister ten years. There has been an ongoing issue with the landlord harassing Lee Nails employees now. Years later My Nguyen has been convicted wrongfully of a crime she did not commit. It is such a shame after how much harassment they have been put through that they are accused of a crime they did not even commit. Little Joe's has never gotten in trouble for all of their crimes, including putting crazy glue in ▬ door locks and lots of other incidentsI just wanted to write a letter and ask that the corruption in this case be looked into. My Nguyen is afraid to call the police for help now and feels intimidated by the landlord a lot of the time. The Nguyen family are very hardworking, honest, and decent people. Some of the Countryside police eat for free at Little Joe's and are personal friends of the owner.

Please look into this matter and see if something can be done to change the outcome.

Thank You,

Bonnie Bettinger

Bonnie Bettinger
4508 Home
Forest View IC 60402

September 14, 2009

Office of the Illinois Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, Illinois 60601

Attention Attorney General Lisa Madigan,

My name is Janet Schermerhorn. I am a 45 year resident of the LaGrange area and a long time patron of Lee Nails located at 26 East Plainfield Road in Countryside. I am writing to inform you about an incident that occurred on September 15, 2008 as well as inform you of some of the additional situations that led up to that event. The owners of Lee Nails, the Nguyen Family, were accused by Sam Beccara, the son-in-law of the owners of Little Joe's (a hot dog/fast food restaurant) and the landlord of the Lee Nails, of aggravated assault. The Countryside Police further accused them of resisting arrest.

I will give you a nutshell version of the trial that took place August 24, 25, and 26, 2009 that addressed the September 15 incident. The Nguyens are Buddhists and Linh uses a butane lighter in the shape of a gun to ignite her incense as she prays every evening---a fact that I am sure has been observed by Little Joe's and the police. While Linh was praying her sister My Dung was inside the shop cleaning. It was dusk and the stores in the strip mall (also including an antique and computer store) were closed. I should also mention that only 15 minutes before the prayer/cleaning session the Countryside Police had again visited Lee Nails confronting them with an accusation of wasting water (water is covered as a part of their monthly rent payment)...a charge that the owners of Little Joe's has complained about over and over and over again. As Linh prayed, the set-up began. Sam stated that he walked out of Little Joe's Restaurant with his four year old daughter and then headed east to meet his wife at the antique store. According to Sam, My Dung, Linh's sister, was in the parking lot with a gun, pointing it at the two of them, screaming and yelling, and doing karate moves. He further stated that My Dung went inside Lee Nails and then Linh came out pointing a gun at him, screaming and yelling, and also doing karate moves. He was fearful, called 911, and the saga begins. As previously stated, this lighter had been used by Linh, as she had done many evenings, in her prayer ritual. She was kneeling outside of her shop, lit the incense, put the lighter on the window sill, folded her hands, and began her prayers. Sam and his daughter walked toward her and the story told by Sam and verified by the Countryside Police could not be more different that the prayer and cleaning story told by the ladies.

During the process of handcuffing and arresting the ladies of small stature (they are both under five feet and weigh less than 100 pounds) they suffered multiple bruises and pain that had been inflicted on them by the six foot plus police officers. Of further interest is the fact that My Dung was handcuffed to a bench in the Countryside Police Station. She is on medication, needs to urinate frequently, and was in critical need of using the bathroom. She repeatedly called out for a period of approximately 20 minutes to get permission to relieve her desperate plight. Her persistent calls were not heeded and My Dung was forced to urinate on the floor of the police station. What further humiliation could the police have inflicted?

Judge Raymond Jagielski sided with Sam and the Police and found the two ladies guilty of misdemeanor charges of resisting arrest and aggravated assault and they are presently on six months of supervision. Judge Jagielski stated his disbelief in Lihn's story that she was not agitated and angry with the Countryside Police as they arrested her. Lihn has actually told me, even prior to this September incident, that she does include her landlords in her evening prayers. This truly is

indicative of the thoughtfulness, gentleness, and care given all human beings by this fine woman. The judge also questioned Linh's selection of this "public parking lot site" for her prayers. She was not in the parking lot but was just outside the front door of her shop. Should any individual be questioning when and where we pray? She selected the location just outside of the front door so that she would not have an open flame in her closed shop. Her thoughtfulness, safety concerns, and religious rights prompted this 911 call. Judge Jagielski also questioned why anyone would buy something replicating a gun. An innocent individual needing a lighter to light their prayer shrine would use this one dollar item. Sam has known Linh for several years and why he would feel threatened by a kneeling, hands folded in prayer, small Asian-American woman is a mystery to me and further validates the set-up that I truly believe occurred. Of equal mystery is the fact that he also charged My Dung with aggravated assault. She was not even present at the time he called 9-1-1 to report a "woman with a gun." However, the story during the trial painted a completely different picture. By embellishing the story, Sam and the police could cover the fact that only one lighter existed and was exchanged between the two sisters.

On August 27, the day after the sentence was issued, Lihn went to her shop to resume work. On that day, both Lihn and her customer were greeted with sneers and laughter from, not only family from Little Joe's, but also Sgt. Mikel of the Countryside Police.

In addition to the above perplexing problems, the Countryside Police also visited and photographed the Nguyen home on September 18, 2008 at approximately 4:00 PM. What was the purpose of this unexplained visit? A witness can also verify this fact. I mention the home photo escapade and the sneering as only two of the many harassing situations that the Nguyens have been forced to endure. The history of multiple previous harassment incidents (many more than I have already mentioned) was not allowed in court so the prejudice and malice that has been taking place so frequently was not known by the judge. Unfortunately Judge Jagielski was only allowed to focus on one contrived incident.

I have not pursued a legal education and I am not an expert in this field. However, I always thought that individuals were supposed to be read their Miranda Rights. The Nguyens were not. In addition, I was under the impression that when police cars had their lights on, their cameras were also running and providing a film of the incident. A witness parked across the street did notice the multiple police cars and their lights were in fact on. However, the Countryside Police do not have any film of this incident.

As the Illinois Attorney General, I urge you to familiarize yourself with this situation. I fear for the future of these hardworking Asian-Americans. What will the landlords and police plot next? The Nguyens are fine examples of American citizens and should be allowed to do their jobs and not live in fear of their landlord neighbors and of those charged with protecting them from crime.


Thank you for your time,

*Janet E. Schermerhorn*

Janet E. Schermerhorn
325 South Waiola Avenue
LaGrange, IL 60525
'08.579.0302

September 14, 2009

COPY

Office of the Illinois Attorney General
Attn: Ms. Lisa Madigan
100 West Randolph Street
Chicago, Illinois 60601

Re: NO: C800790201 (Linh Nguyen) and
NO: 08500790 (My Dung Nguyen)

Dear Ms. Madigan:

I am a long time resident of Countryside, Illinois and a customer of Lee Nail Salon. The above-named defendants are owners of the salon. Once I used to be able to walk freely into the salon, now the doors are locked during business hours and I have to be escorted in, as they do not wish to allow anyone other than their customers inside the salon for fear of retribution.

I am also aware of the trials and tribulations that these two women have overcome to become citizens of our country and commend them for their efforts. In their eyes the United States is truly the land of opportunity and justice. This time the justice system has failed them. Not only did they endure horrendous accusations and incarceration, but also physical and mental abuse by the arresting officers and other members of the Countryside Police Department.

These ladies procured an attorney to face the alleged charges. This attorney did not work in their best interests and was replaced. Unfortunately, their new attorney gave them a false sense of security. This security was eliminated when, in the last minute of the hearings, he coerced them into accepting a bench trial versus a jury trial. During the entire judicial process, Linh and My Dung thought they would get their "day in court" in front of a "jury of their peers".

I respectfully request that your office investigate the details of their case further.

Very truly yours,

Mrs. Beverly Nemec
104 S. Constance Lane
Countryside, Illinois 60525

September 17, 2009

Office of the Illinois Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, Illinois 60601

Dear Ms. Madigan

I am writing to you in the hopes that you will come to the aid of very dear friends of mine that have received a great injustice from not only the town of Countryside, but also from Attorneys that apparently are as corrupt as the Mayor and Police of Countryside.

The Nguyen Family is not only residents of the same town, but also are the owners/workers of Lee's Nails at 26 E. Plainfield Rd. They are a very hard working, quiet people that came to this country in the early 1990's, brought here by the American Government. Their father was a Police General who protected our American Soldiers, possibly your father, uncles, as well as some of my family and friends. This family was brought here for their protection from the Viet Cong, with honors for helping our servicemen. They are American Citizens, but apparently the Town of Countryside and the Bercara Family (owners of Little Joe's Hotdogs and the Strip Mall Lee's Nails is in) only sees them as "different", because they are of an Asian decent and have a different religious belief then most of us are used to.

Lihn Nguyen's Case # is 08-MC5-007901 and My Dung Nguyen's Case # is 08-5007902. Are you aware they were never even read their Miranda rights when they were so unjustly and inhumanly arrested? How is the Countryside Police getting away with that? Is it because The Bercara Family can afford to pay them all off? Does it seem strange that shortly after the Nguyens "fired" their first Attorney, Joe DiNatale, (who spoke more with the Bercara Family in court then he did with his own paying clients and wanted them to plead guilty from the start) and hired new Attorneys, that the Chief of Police and 5/6 other officers turned in their resignations!

After DiNatale was fired, the girls hired Joel Brodsky (Linh) and Tony Thedford (My Dung). These 2 proved no better than DiNatale. They were paid to have a jury trial, which would have provided justice for Linh and My Dung. I know you are already aware of the discrepancies between the 911 tape and the police report, so I don't want to be repetitive. In a jury trial, the Jurors would have heard those discrepancies and would have seen the pictures of the girls' bruises that were inflicted on them by 1, only 1 policeman that supposedly was responding to a call about "a woman with a gun"! Since when does one cop show-up on a 911 call, especially if it involves a firearm? Were these guys also paid off by the Bercaras?

Are you also aware that Linh and My Dung paid an Interpreter to be with them in court and were not allowed to have that Interpreter be present, in their behalf when they were coerced into a Bench Trial instead of the Jury Trial that they paid for, and were lead into believing they were fairly going to receive. Instead, they were both found "guilty" of crimes they aren't even aware of are for.

Since that final day in court, the Countryside Police and the Bercara family continue to harrase this wonderful, quiet family. How sad that the entire Nguyen family fear for their lives. How sad that this family that helped American Soldiers in a time of war, have to feel threatened, discriminated and harassed in The United States of America. I ask that you will come to their defense and help them seek the justice they so deserve.

Sincerely,

Andrea L. Jirkovsky
9538 Lincoln Avenue
Brookfield, Illinois 60513

Beverly Keehn
2817 South 11th Avenue
Broadview, Illinois 60155
(708) 485-2770

September 19, 2009

Office of the Illinois Attorney General
Chicago Main Office
1000 West Randolph Street
Chicago, IL 60601

Re: NO-08-MC5-007901 (Linh Nguyen)
NO-08-00790201 (My Dung Nguyen)

Dear Ms. Madigan and Staff:

I am writing you today regarding the above referenced women who along with their
brother own Lee Nails located at the corner of Plainfield Road in the Village of
Countryside, in the county of Cook.

I have know this family for ten years and can testify that they are the most hard working,
kind and gentle people I have ever known.

In the past few years the Nguyens have been threatened and harassed constantly by their
landlords who own "Little Joes Hot Dogs" in the same little strip mall. It all started
shortly after the Nguyens opened their shop and told the landlord that they would not be
able to do their nails, and the nails of their family and friends for free and from that time
the harassment began.

It culminated in an incident on September 15, 2008, at approximately 8:00 pm when
Linh, a practicing Buddhist was praying in the doorway of their establishment with
lighted incense in a bowl of food with a lighter. The lighter had been bought at a Dollar
Store, in the shape of a gun that "they thought was cute and didn't give a second thought
to. It had been used to light the incense, and was now laying on the windowsill. Sam
Baccara walked up behind Linh, and called 911 and made a false complaint that he was
being threatened by this tiny woman praying with a gun.

The Countryside Police were there in a flash, since they are friendly with the Baccaras.
They arrested not only Linh who was praying in the doorway of the store, but also her
sister My Dung who was cleaning inside the store and their brother who was in his car in
the back parking lot getting ready to go home and unaware of what was going on at the

1

front of the store. The Police NEVER told why they were being arrested or read them their rights. At the trial one of the arresting officers said that it took him only a second or two to see that the lighter was just that ad not a gun.

I have been to all of the trials and I realize that it is almost impossible to win a case against the Police, but Ms. Madigan, the Police are only human and sometimes they do make mistakes. I don't think they had a fair trial and so, although I realize that you get many letters every day, please take look at this case.

The Nguyens live in fear every day from the land lord and the Beccaras and they have no one to turn to for help, they can't call the Police because of the close relationship they have with Little Joes's and the Beccaras.

The Nguyens have fought so hard to have their good name restored because they know they are innocent and have done nothing wrong, in fact they are the victims in all of this. They think that because they are innocent that they should be pronounced "not guilty." We know however, that many people who are innocent are unfortunately convicted.

Please look into this case again. I think you for taking the time to read my letter.

Sincerely,

*Beverly Keehn*

Beverly Keehn

bk/